IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| REISA LYNN PETTIETTE, #09677-078 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv117 |
| | | CRIM. NO. 6:02cr83(02) |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that Pettiette's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 should be denied. Pettiette has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Pettiette to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections by Pettiette are without merit. More specifically, she has not shown that her attorney was ineffective. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Pettiette's motion to vacate, set aside or correct her sentence is **DENIED** and the cause of action is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 5th day of September, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**